**Order entered September 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

## GENA MARCELLA MERCADANTE, ET AL., Appellants

## V.

## ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

On September 15, 2014, appellants filed an "Incomplete Appellants' Brief." In the brief, appellants state that they had just discovered that the court reporter filed the record from only one of the nine hearings for which a record was requested. Appellants discussed the matter with the court reporter. On September 16, 2014, the court reporter filed a nine-volume supplemental reporter's record. It now appears the record is complete. Accordingly, on the Court's own motion, we **ORDER** appellants to file their brief **on or before OCTOBER 20, 2014**.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE